

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Luis Andres Margarejo, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CR 06-283-RGK <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District/California</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unemployed, no known bail resources, alleged</u>

1 | _failures to report, alleged failure to inform of address_
2 | _change, apparent ongoing substance abuse, prior_
3 | _parole violations_
4 | and/or
5 | B. (✓) The defendant has not met (his)/her burden of establishing by
6 | clear and convincing evidence that (he) she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _criminal history includes violence and firearms,_
10 | _apparent ongoing substance abuse, prior parole_
11 | _violations_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Oct. 2, 2019

_/s/ Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2